[Nos. 27785-5-I; 27830-4-I.   Division One.   June 12, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. LAUREN
W. STENGRUND, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 90-1-00454-1, Paul D. Hansen, J.,
entered January 22, 1991. *Affirmed* by unpublished
opinion per Cox, J., concurred in by Kennedy, A.C.J., and
Webster, J.

[Nos. 29739-2-I; 29853-4-I.   Division One.   June 12, 1995.]

*In the Matter of the Detention of* LOUIS W. BROCK,
*Appellant.*

*In the Matter of the Personal Restraint of* LOUIS W.
BROCK, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 91-2-01736-9, Gerald L. Knight, J.,
entered December 3, 1991. *Reversed* by unpublished
opinion per Coleman, J., concurred in by Grosse and Web-
ster, JJ.

[No. 31158-1-I.   Division One.   June 12, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
DAVID CALHOUN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 91-1-07239-2, Robert S. Lasnik, J., entered
July 28, 1992. *Affirmed* by unpublished opinion per Cox,
J., concurred in by Kennedy, A.C.J., and Grosse, J.